IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RHAWNIE NICKOLE PALMER                                                              PLAINTIFF

v.                                    Case No. 2:15-CV-02021

SERGEANT MILLER, Sebastian County Detention Center;
and ARAMARK CORRECTIONAL SERVICES, LLC                               DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 18) from United States Magistrate Judge Mark E. Ford. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that Defendant Aramark Correctional Services, LLC's motion to dismiss (Doc. 12) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to state a claim against either Defendant.

Judgment will be entered accordingly.

IT IS SO ORDERED this 16th day of October, 2015

/s/P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE