IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RHAWNIE NICKOLE PALMER                                                          PLAINTIFF

v.                              Case No. 2:15-CV-02021

SERGEANT MILLER, Sebastian County Detention Center;
and ARAMARK CORRECTIONAL SERVICES, LLC                         DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE .

IT IS SO ADJUDGED this 16th day of October, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE